IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| WJCA, Inc. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. _____ |
| | ) |
| TAILORED BRANDS, INC. and | ) |
| TAILORED SHARED SERVICES, LLC | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF REMOVAL

Defendants Tailored Brands, Inc. and Tailored Shared Services, LLC hereby remove to this Court the civil action *WJCA, Inc. v. Tailored Brands, Inc. and Tailored Shared Services, LLC*, Index No. 655167/2019, from the Supreme Court of the State of New York, County of New York, pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446 and Local Rules 20 and 81.1, and in support thereof state as follows.

1. On or about September 9, 2019, Plaintiff commenced a civil action against Defendants in the Supreme Court of the State of New York, County of New York, Index No. 655167/2019 (the "state-court case"). Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendants in the state-court case are attached as **Exhibit 1**.

2. Defendants were served with the summons and complaint in the state-court case on September 16, 2019. Accordingly, this Notice of Removal is timely filed.

3. Plaintiff is a New Jersey corporation and maintains its principal place of business in New Jersey.

4. Defendant Tailored Brands, Inc. is a Texas corporation and maintains its principal place of business in Texas.

5.      Defendant Tailored Shared Services, LLC is a Delaware limited liability company that maintains its principal place of business in California, whose sole member is a Texas corporation that maintains its principal place of business in Texas.

6.      There is complete diversity of citizenship between Plaintiff, on the one hand, and Defendants, on the other hand.

7.      The amount in controversy satisfies this Court's jurisdictional minimum, in that the sum demanded in the complaint exceeds $75,000.

8.      This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), and this action is removable to this Court pursuant to 28 U.S.C. §§ 112(b) and 1441(a).

9.      Pursuant to 28 U.S.C. § 1446(d), Defendants will give written notice of this Notice of Removal to Plaintiff and will file a copy of the Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of New York.

DATED: October 15, 2019        By:  */s/ Steven I. Tolman*
                                    Steven I. Tolman, SDNY Bar No. ST2150
                                    NY State Bar No. 1158880
                                    ARMSTRONG TEASDALE LLP
                                    919 Third Avenue, 37th Floor
                                    New York, NY 10022-3908
                                    212.209.4400
                                    212.409.8385 (facsimile)
                                    stolman@armstrongteasdale.com

                                    ATTORNEYS FOR DEFENDANTS
                                    TAILORED BRANDS, INC. AND
                                    TAILORED SHARED SERVICES, LLC

## CERTIFICATE OF SERVICE

  I hereby certify that on October 15, 2019, the foregoing was filed electronically with the Clerk of Court and sent by electronic mail to the following:

Adam Silverstein, Esq.
SILVERSTEIN & SAPERSTEIN
30 Wall Street, 8th floor
New York, NY 10005
(212) 233-4995
adamlaw@att.net

*Attorneys for Plaintiff*

                */s/ Steven I. Tolman*
                 Attorney for Defendants