FILED: NEW YORK COUNTY CLERK 09/09/2019 02:55 PM
NYSCEF DOC. NO. 1

INDEX NO. 655167/2019
RECEIVED NYSCEF: 09/09/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
WJCA, INC.,
    Plaintiff,

    -against-

TAILORED BRANDS, INC. and
TAILORED SHARED SERVICES, LLC,
    Defendants,
------------------------------------------------------------------X

Index No.:

SUMMONS

Date Purchased:

To:   TAILORED BRANDS, INC.
      6380 Rogerdale Road, Houston, Texas 77072

      TAILORED SHARED SERVICES, LLC
      6100 Stevenson Blvd., Fremont, CA 94538

To the above-named Defendants:

You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Plaintiff elects New York County as place of venue pursuant to CPLR 503 as the causes of action arose in the State of New York, County of New York.

Dated: September 9, 2019
       New York, NY

_____
Adam Silverstein, Esq.
R. 130.1-1(a)

Silverstein & Saperstein
Attorney for Plaintiff
30 Wall Street, 8th Floor
New York, NY 10005
(212) 233-4995
adamlaw@att.net

EXHIBIT 1

FILED: NEW YORK COUNTY CLERK 09/09/2019 02:55 PM	INDEX NO. 655167/2019
NYSCEF DOC. NO. 1	RECEIVED NYSCEF: 09/09/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
WJCA, INC.,
      Plaintiff,

    -against-

TAILORED BRANDS, INC. and
TAILORED SHARED SERVICES, LLC,
      Defendants,
------------------------------------------------------------------X

Index No.:

**COMPLAINT**

The plaintiff, by SILVERSTEIN & SAPERSTEIN, its attorneys, complaining of the defendants, alleges:

1. The plaintiff herein is, and at all times hereinafter mentioned is WJCA, Inc., a corporation formed and doing business under the laws of the State of New Jersey with an address at 763 Susquehanna Avenue, Franklin Lakes, New Jersey 07417.

2. On information and belief, defendant TAILORED BRANDS, INC. ("TAILORED BRANDS") is a corporation formed and doing business under the laws of the State of Texas with an address at 6380 Rogerdale Road, Houston, Texas 77072.

3. TAILORED BRANDS conducts significant business in New York State.

4. On information and belief, defendant TAILORED SHARED SERVICES, LLC ("TAILORED SHARED SERVICES") is a Texas limited liability company authorized to do business in New York with a registered agent at 28 Liberty Street, New York, NY 10005.

5. On information and belief, Defendant TAILORED SHARED SERVICES is a subsidiary of defendant TAILORED BRANDS.

6. The causes of action described herein arose in the State of New York, County of New York.

FILED: NEW YORK COUNTY CLERK 09/09/2019 02:55 PM
NYSCEF DOC. NO. 1
INDEX NO. 655167/2019
RECEIVED NYSCEF: 09/09/2019

## FIRST CAUSE OF ACTION: BREACH OF CONTRACT

7. The plaintiff repeats and reallege all the facts and allegations contained in Paragraphs 1 through 6 of the Complaint as if fully stated herein

8. On or about February 2, 2017 the plaintiff and defendant TAILORED BRANDS executed a written agreement entitled, "proposal for Professional Consulting Services" (the "Agreement").

9. The Agreement contemplated services with respect to the remodel of defendant TAILORED BRANDS' commercial retail buildout located at 366 Madison Avenue, New York, New York 10017.

10. Pursuant to the Agreement, and at the specific request of defendant TAILORED BRANDS, the plaintiff performed professional architectural services for and on behalf of defendant TAILORED BRANDS.

11. Defendant TAILORED BRANDS agreed to pay the plaintiff a base fee of THREE HUNDRED NINETY-THREE THOUSAND SIX HUNDRED SEVERTY DOLLARS ($393,670) for such services.

12. Defendant TAILORED BRANDS agreed to pay the plaintiff additional compensation for services in excess of the base services and reimbursable expenses in accordance with the Agreement.

13. The plaintiff performed base services and additional services and paid expenses as agreed.

14. Defendant TAILORED BRANDS has refused to tender the balance due to plaintiff under the Agreement, the sum of ONE HUNDRED EIGHTEEN THOUSAND FIVE HUNDRED SEVENTY-SEVEN DOLLARS and EIGHTY-SIX CENTS ($118,577.86).

15. By virtue of the foregoing, defendant TAILORED BRANDS is in breach of contract.

FILED: NEW YORK COUNTY CLERK 09/09/2019 02:55 PM                INDEX NO. 655167/2019
NYSCEF DOC. NO. 1                                               RECEIVED NYSCEF: 09/09/2019

16. Pursuant to the Agreement, as a consequence of defendant TAILORED BRAND's breach, defendant is liable for late fees of FIFTY DOLLARS ($50) per invoice.

17. Pursuant to the Agreement, as a consequence of defendant TAILORED BRANDS's breach, defendant is liable for late charges of EIGHTEEN PERCENT (18%) of the outstanding balance

18. Pursuant to the Agreement, as a consequence of defendant TAILORED BRAND's breach, defendant is liable for plaintiff's legal fees and cost of collection.

## SECOND CAUSE OF ACTION: ACCOUNT STATED
## QUANTUM MERUIT/UNJUST ENRICHMENT

19. The plaintiff repeats and reallege all the facts and allegations contained in Paragraphs 1 through 18 of the Complaint as if fully stated herein

20. In furtherance of the Agreement, defendant TAILORED SHARED SERVICES executed a "Master Architect's Agreement" provided by defendant TAILORED BRANDS and which purports to govern certain aspects of the plaintiff's professional conduct with respect to the work performed under the Agreement and is referenced therein.

21. Both defendants benefitted as a consequence of the services provided by plaintiff and expenses incurred thereby.

22. The full value of services and expenses, after all credits were applied, was ONE HUNDRED EIGHTEEN THOUSAND FIVE HUNDRED SEVENTY-SEVEN DOLLARS and EIGHTY-SIX CENTS ($118,577.86).

23. Plaintiff has not received payment for these services or reimbursement for expenses.

24. Defendants has been unjustly enriched by this amount at the expense of plaintiff.

FILED: NEW YORK COUNTY CLERK 09/09/2019 02:55 PM
NYSCEF DOC. NO. 1

INDEX NO. 655167/2019
RECEIVED NYSCEF: 09/09/2019

WHEREFORE on the First Cause of Action as against defendant TAILORED BRANDS, the plaintiff demands judgment against the defendant TAILORED BRANDS for the principle sum of ONE HUNDRED EIGHTEEN THOUSAND FIVE HUNDRED SEVENTY-SEVEN DOLLARS and EIGHTY-SIX CENTS ($118,577.86), with interest thereon at the rate of EIGHTEEN PERCENT (18%) from the 27th day of July, 2019, for late fees, together with legal fees per Agreement, and on the Second Cause of Action against both defendants for ONE HUNDRED EIGHTEEN THOUSAND FIVE HUNDRED SEVENTY-SEVEN DOLLARS and EIGHTY-SIX CENTS ($118,577.86), with interest thereon from the 27th day of July, 2019, and on all causes of action, for the costs and fees of this action and for such other and further relief as the Court may deem equitable and just.

Dated: September 9, 2019
New York, NY

Yours, etc.,

Adam Silverstein, Esq.
Silverstein & Saperstein
30 Wall Street, 8th Floor
New York, NY 10005
(212) 233-4995
adamlaw@att.net

To:   TAILORED BRANDS, INC.
      6380 Rogerdale Road, Houston, Texas 77072


      TAILORED SHARED SERVICES, LLC
      6100 Stevenson Blvd., Fremont, CA 94538

FILED: NEW YORK COUNTY CLERK 09/09/2019 02:55 PM
NYSCEF DOC. NO. 1

INDEX NO. 655167/2019
RECEIVED NYSCEF: 09/09/2019

**INDEX NUMBER:**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

WJCA, INC.,

                               Plaintiff,

-against-

TAILORED BRANDS, INC. and TAILORED SHARED SERVICES, LLC.

                               Defendant.

**Summons and Complaint**

Silverstein & Saperstein
Atty for Plaintiff
30 Wall Street, 8th Floor
New York, NY 10005
(212) 233-4995
adamlaw@att.net

Signature Pursuant to Rule 130-1.1-a

Adam Silverstein, Esq.

Case 1:19-cv-09501-DCF   Document 1-1   Filed 10/15/19   Page 7 of 18

WJCA, INC. vs. TAILORED BRANDS, INC. ET AL, Docket No. 655167_2019 (N.Y. Sup Ct. Sept 09, 2019), Court Docket

# General Information

| | |
|---|---|
| **Court** | New York Supreme Court, New York County |
| **Docket Number** | 655167/2019 |

Case 1:19-cv-09501-DCF    Document 1-1    Filed 10/15/19    Page 8 of 18

WJCA, INC. vs. TAILORED BRANDS, INC. ET AL, Docket No. 655167_2019 (N.Y. Sup Ct. Sept 09, 2019), Court Docket

## Notes

No Notepad Content Found

© 2019 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

 

# NYSCEF - New York County Supreme Court
## Confirmation Notice

The NYSCEF website has received an electronic filing on 09/09/2019 02:55 PM. Please keep this notice as a confirmation of this filing.

**Index Number NOT assigned**
**WJCA, Inc. v. Tailored Brands, Inc. et al**
**Assigned Judge: None Recorded**

### Documents Received on   09/09/2019 02:55 PM

| Doc # | Document Type |
|---|---|
| 1 | SUMMONS + COMPLAINT |

*Handwritten stamp: DELIVERED 16th of September AT 4:55 PM BY PROFESSIONAL CIVIL PROCESS A.K. 15649*

### Filing User

Adam Silverstein | adamlaw@att.net
30 Wall St Fl 8, New York, NY 10005

### E-mail Notifications

An email regarding this filing has been sent to the following on 09/09/2019 02:55 PM:
**ADAM SILVERSTEIN - adamlaw@att.net**

### Email Notifications NOT Sent

| Role | Party | Attorney |
|---|---|---|
| Respondent | Tailored Brands, Inc. | No consent on record. |
| Respondent | Tailored Shared Services, LLC | No consent on record. |

* Court rules require hard copy service upon non-participating parties and attorneys who have opted-out or declined consent.

**NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of**

---

Hon. Milton A. Tingling, New York County Clerk and Clerk of the Supreme Court
Phone: 646-386-5956      Website: http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml

**NYSCEF Resource Center, EFile@nycourts.gov**
Phone: (646) 386-3033 | Fax: (212) 401-9146 | Website: www.nycourts.gov/efile

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF New York
-----------------------------------------------------------------X
WJCA, Inc.

                      Plaintiff/Petitioner,

      - against -                         Index No. 655167/2019

Tailored Brands, Inc and
Tailored Shared Services, LLC
                    Defendant/Respondent.
-----------------------------------------------------------------X

## NOTICE OF ELECTRONIC FILING
### (Mandatory Case)
### (Uniform Rule § 202.5-bb)

**You have received this Notice because:**

    1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
  Give this Notice to your attorney. (Attorneys: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
  **You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

  If you choose to participate in e-filing, you **must** have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.

  The **benefits of participating in e-filing** include:

  - serving and filing your documents electronically
  - free access to view and print your e-filed documents
  - limiting your number of trips to the courthouse
  - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

**Information for Attorneys**
**(E-filing is Mandatory for Attorneys)**

An attorney representing a party who is served with this notice must either:

1) immediately record his or her representation within the e-filed matter on the NYSCEF site www.nycourts.gov/efile ; or

2) file the Notice of Opt-Out form with the clerk of the court where this action is pending and serve on all parties. Exemptions from mandatory e-filing are limited to attorneys who certify in good faith that they lack the computer hardware and/or scanner and/or internet connection or that they lack (along with all employees subject to their direction) the knowledge to operate such equipment. [Section 202.5-bb(e)]

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: efile@nycourts.gov).

Dated: 9/9/19

**Adam Silverstein**
Name
Silverstein & Saperstein
Firm Name

30 Wall St., 8th fl.

NewYork, NY 10005
Address

2122334995
Phone

adamlaw@att.net
E-Mail

To:  Tailored Brands, Inc.

Tailored Shared Svcs., LLC

6/6/18

Index #            Page 2 of 2            EFM-1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No.: 655167/2019

---------------------------------------------------------------X

SUMMONS

WJCA, INC.,
        Plaintiff,

Date Purchased: 9.9.19

-against-

TAILORED BRANDS, INC. and
TAILORED SHARED SERVICES, LLC,
        Defendants,

---------------------------------------------------------------X

To:    TAILORED BRANDS, INC.
        6380 Rogerdale Road, Houston, Texas 77072

        TAILORED SHARED SERVICES, LLC
        6100 Stevenson Blvd., Fremont, CA 94538

To the above-named Defendants:

    You are hereby summoned to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorney within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

    Plaintiff elects New York County as place of venue pursuant to CPLR 503 as the causes of action arose in the State of New York, County of New York.

Dated: September 9, 2019
       New York, NY

                                      Adam Silverstein, Esq.
                                      R. 130.1-1(a)

                                      Silverstein & Saperstein
                                      Attorney for Plaintiff
                                      30 Wall Street, 8th Floor
                                      New York, NY 10005
                                      (212) 233-4995
                                      adamlaw@att.net

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
WJCA, INC.,
      Plaintiff,

    -against-
TAILORED BRANDS, INC. and
TAILORED SHARED SERVICES, LLC,
      Defendants,
-----------------------------------------------------------------X

Index No.: 655167/201

**COMPLAINT**

The plaintiff, by SILVERSTEIN & SAPERSTEIN, its attorneys, complaining of the defendants, alleges:

1. The plaintiff herein is, and at all times hereinafter mentioned is WJCA, Inc., a corporation formed and doing business under the laws of the State of New Jersey with an address at 763 Susquehanna Avenue, Franklin Lakes, New Jersey 07417.

2. On information and belief, defendant TAILORED BRANDS, INC. ("TAILORED BRANDS") is a corporation formed and doing business under the laws of the State of Texas with an address at 6380 Rogerdale Road, Houston, Texas 77072.

3. TAILORED BRANDS conducts significant business in New York State.

4. On information and belief, defendant TAILORED SHARED SERVICES, LLC ("TAILORED SHARED SERVICES") is a Texas limited liability company authorized to do business in New York with a registered agent at 28 Liberty Street, New York, NY 10005.

5. On information and belief, Defendant TAILORED SHARED SERVICES is a subsidiary of defendant TAILORED BRANDS.

6. The causes of action described herein arose in the State of New York, County of New York.

## FIRST CAUSE OF ACTION: BREACH OF CONTRACT

7. The plaintiff repeats and reallege all the facts and allegations contained in Paragraphs 1 through 6 of the Complaint as if fully stated herein

8. On or about February 2, 2017 the plaintiff and defendant TAILORED BRANDS executed a written agreement entitled, "proposal for Professional Consulting Services" (the "Agreement").

9. The Agreement contemplated services with respect to the remodel of defendant TAILORED BRANDS' commercial retail buildout located at 366 Madison Avenue, New York, New York 10017.

10. Pursuant to the Agreement, and at the specific request of defendant TAILORED BRANDS, the plaintiff performed professional architectural services for and on behalf of defendant TAILORED BRANDS.

11. Defendant TAILORED BRANDS agreed to pay the plaintiff a base fee of THREE HUNDRED NINETY-THREE THOUSAND SIX HUNDRED SEVERTY DOLLARS ($393,670) for such services.

12. Defendant TAILORED BRANDS agreed to pay the plaintiff additional compensation for services in excess of the base services and reimbursable expenses in accordance with the Agreement.

13. The plaintiff performed base services and additional services and paid expenses as agreed.

14. Defendant TAILORED BRANDS has refused to tender the balance due to plaintiff under the Agreement, the sum of ONE HUNDRED EIGHTEEN THOUSAND FIVE HUNDRED SEVENTY-SEVEN DOLLARS and EIGHTY-SIX CENTS ($118,577.86).

15. By virtue of the foregoing, defendant TAILORED BRANDS is in breach of contract.

16. Pursuant to the Agreement, as a consequence of defendant TAILORED BRAND's breach, defendant is liable for late fees of FIFTY DOLLARS ($50) per invoice.

17. Pursuant to the Agreement, as a consequence of defendant TAILORED BRANDS's breach, defendant is liable for late charges of EIGHTEEN PERCENT (18%) of the outstanding balance

18. Pursuant to the Agreement, as a consequence of defendant TAILORED BRAND's breach, defendant is liable for plaintiff's legal fees and cost of collection.

## SECOND CAUSE OF ACTION: ACCOUNT STATED

## QUANTUM MERUIT/UNJUST ENRICHMENT

19. The plaintiff repeats and reallege all the facts and allegations contained in Paragraphs 1 through 18 of the Complaint as if fully stated herein

20. In furtherance of the Agreement, defendant TAILORED SHARED SERVICES executed a "Master Architect's Agreement" provided by defendant TAILORED BRANDS and which purports to govern certain aspects of the plaintiff's professional conduct with respect to the work performed under the Agreement and is referenced therein.

21. Both defendants benefitted as a consequence of the services provided by plaintiff and expenses incurred thereby.

22. The full value of services and expenses, after all credits were applied, was ONE HUNDRED EIGHTEEN THOUSAND FIVE HUNDRED SEVENTY-SEVEN DOLLARS and EIGHTY-SIX CENTS ($118,577.86).

23. Plaintiff has not received payment for these services or reimbursement for expenses.

24. Defendants has been unjustly enriched by this amount at the expense of plaintiff.

WHEREFORE on the First Cause of Action as against defendant TAILORED BRANDS, the plaintiff demands judgment against the defendant TAILORED BRANDS for the principle sum of ONE HUNDRED EIGHTEEN THOUSAND FIVE HUNDRED SEVENTY-SEVEN DOLLARS and EIGHTY-SIX CENTS ($118,577.86), with interest thereon at the rate of EIGHTEEN PERCENT (18%) from the 27th day of July, 2019, for late fees, together with legal fees per Agreement, and on the Second Cause of Action against both defendants for ONE HUNDRED EIGHTEEN THOUSAND FIVE HUNDRED SEVENTY-SEVEN DOLLARS and EIGHTY-SIX CENTS ($118,577.86), with interest thereon from the 27th day of July, 2019, and on all causes of action, for the costs and fees of this action and for such other and further relief as the Court may deem equitable and just.

Dated: September 9, 2019
New York, NY

Yours, etc.,

Adam Silverstein, Esq.
Silverstein & Saperstein
30 Wall Street, 8th Floor
New York, NY 10005
(212) 233-4995
adamlaw@att.net

To:   TAILORED BRANDS, INC.
      6380 Rogerdale Road, Houston, Texas 77072

      TAILORED SHARED SERVICES, LLC
      6100 Stevenson Blvd., Fremont, CA 94538

INDEX NUMBER: 655167 - 2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

WJCA, INC.,

                Plaintiff,

-against-

TAILORED BRANDS, INC. and TAILORED SHARED SERVICES, LLC.

                Defendant.

**Summons and Complaint**

Silverstein & Saperstein
Atty for Plaintiff
30 Wall Street, 8th Floor
New York, NY 10005
(212) 233-4995
adamlaw@att.net

Signature Pursuant to Rule 130-1.1-a

Adam Silverstein, Esq.

10/14/2019 Document List

NYSCEF - New York State Courts Electronic Filing  (Live System)

<< Return to **Search Results**

**655167/2019 -** New York County Supreme Court

Short Caption: **WJCA, Inc. v. Tailored Brands, Inc. et al**
Case Type: **Commercial - Contract**
Case Status: **Pre-RJI**
eFiling Status: **Partial Participation Recorded**

**Narrow By Options**

| Document Type: | Please select... | Filed By: | Please select... |
| Motion Info: | | Filed Date: | thru |
| Document Number: | | | |

Display Document List with Motion Folders

Sort By: Doc #

| # | Document | Filed By | Status |
|---|---|---|---|
| 1 | SUMMONS + COMPLAINT | Silverstein, A.<br>Filed: 09/09/2019<br>*Received: 09/09/2019* | **Processed**<br>Confirmation Notice |