

Jonathan R. Shulan

Direct **T** 314.259.4748  **F** 314.612.2322

jshulan@atllp.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   3/6/2020
```

*Application to adjourn Initial Pretrial Conference GRANTED. It shall take place on May 7, 2020 at 4:00 p.m. No further adjournments will be granted.*

*3/6/2020*

**LEWIS J. LIMAN**
United States District Judge

March 5, 2020

**VIA ECF**

Hon. Lewis J. Liman, United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

**Re:    *WJCA, Inc. v. Tailored Brands, Inc. et al.*, 1:19-cv-09501-LJL**
**Consent Request for Adjournment of Initial Pretrial Conference set for March 20, 2020**

Dear Judge Liman:

This is a letter-motion for adjournment filed in accordance with Local Civil Rules 7.1(d) and 5.2(b). All parties consent to the requested adjournment.

This action is set for an Initial Pretrial Conference on March 20, 2020. The parties have conferred and wish to adjourn that appearance until May 7, 2020, or as soon thereafter as is convenient for the Court. The purpose of this seven-week adjournment is to allow the parties to engage in settlement discussions. Although the parties had hoped those discussions would already be well underway, a key principal of the defendants has been on leave for a significant period of time to attend to a personal issue. Additionally, the parties have been working to secure the participation of a non-party in the discussions, and that process has taken some time. The parties genuinely wish to explore settlement opportunities before incurring further litigation expenses and maintain a genuine belief that this adjournment will be beneficial. The parties have already begun exchanging dates for the discussions.

No party has previously requested any adjournment of the Initial Pretrial Conference, and no other appearances are pending in this matter.

Sincerely,

Jonathan R. Shulan, appearing *pro hac vice*

Attorney for Defendants

ARMSTRONG TEASDALE LLP  |  7700 FORSYTH BLVD., SUITE 1800, ST. LOUIS, MO 63105  **T**  314.621.5070  **F**  314.621.5065          ArmstrongTeasdale.com