

Jonathan R. Shulan

Direct **T** 314.259.4748  **F** 314.612.2322

jshulan@atllp.com

> Application for adjournment GRANTED. The Initial Pretrial Conference is RESET for July 1, 2020 at 10:00 a.m. and shall proceed telephonically. Parties are directed to call (888) 251-2909 and use access code 2123101.
>
> 3/30/2020
>
> *[signature]*
> LEWIS J. LIMAN
> United States District Judge

March 30, 2020

**VIA ECF**

Hon. Lewis J. Liman, United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 701
New York, NY 10007

    Re:    *WJCA, Inc. v. Tailored Brands, Inc. et al.*, 1:19-cv-09501-LJL
           Consent Request for Adjournment of Initial Pretrial Conference set for May 7, 2020

Dear Judge Liman:

This is a letter-motion for adjournment filed in accordance with Local Civil Rules 7.1(d) and 5.2(b). All parties consent to the requested adjournment.

This action is set for an Initial Pretrial Conference on May 7, 2020. While the Court indicated that no further adjournments would be granted, circumstances since that time have changed beyond the parties' control or imagination. <u>Due to the Covid-19/Coronavirus pandemic, the defendants have closed all of their stores nationwide and have furloughed almost all of their employees.</u> The attorneys representing the plaintiff have graciously consented to the defendants' desire for a temporary stay of this action. The parties intend that the settlement discussions that were to take place in April will still occur, and the parties continue to believe that delaying discovery and other pretrial practice will appropriately preserve their resources and those of the Court.

Based on the foregoing, the defendants respectfully request that the Court adjourn the May 7, 2020 Initial Pretrial Conference to sometime on or after July 1, 2020, on a date and time that is convenient for the Court.

This would be the second adjournment of the Initial Pretrial Conference, and no other appearances are pending in this action.

Sincerely,

*[signature]*

Jonathan R. Shulan, appearing *pro hac vice*

Attorney for Defendants