USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/1/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
WJCA, INC., :
:
Plaintiff, :
: 19-cv-09501 (LJL)
-v- :
: ORDER
TAILORED BRANDS, INC. ET AL., :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The conference previously set for July 2, 2020 is CANCELLED.

    SO ORDERED.

Dated: July 1, 2020  
       New York, New York  
                                                    LEWIS J. LIMAN  
                                                United States District Judge