UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---

WJCA, INC.

    Plaintiff,

v.

TAILORED BRANDS, INC. and
TAILORED SHARED SERVICES, LLC,

    Defendants

---

1:19-cv-09501

CONSENT ORDER OF DISMISSAL -FRCP 41(a)(2)

WHEREAS, the parties are interested in resolving the issues alleged in the Complaint and Answer and Counterclaims in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

NOW THEREFORE it is agreed by and between the parties and/or their respective counsel(s) that the above-captioned action and the responsive counterclaim(s) are voluntarily dismissed with prejudice and without costs pursuant to the Federal Rules of Civil Procedure 41(a)(2).

IT BEING SO ORDERED:   2/5/2021

The Clerk of Court is directed to close this case on the Docket of the Court.

_____
Hon. Debra E. Freeman, Magistrate Judge

CONSENTED TO AND AGREED:

/s Adam Silverstein                                    /s Christopher LaRose

---

Adam Silverstein, Esq.                                 Christopher LaRose, Esq.

Silverstein & Saperstein                               Armstrong Teasdale, LLP
30 Wall Street, 8th Fl.                                7700 Forsythe Blvd., Ste. 1800
New York, NY 10005                                     St. Louis, MO 63105
(212) 233-4995                                         (314) 259 4779
adamlaw@att.net                                        clarose@atllp.com


s/ Scott Hollander

---

Scott C. Hollander, Esq.

Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
(993) 530-2153
shollander@csglaw.com